FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 11, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANDREW C., | NO: 2:25-cv-00491-RLP |
| Plaintiff, | |
| v. | ORDER GRANTING STIPULATED MOTION TO REMAND |
| FRANK BISIGNANO, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

BEFORE THE COURT is the Defendant's Stipulated Motion to Remand, ECF No. 17.  Based on the stipulation of the parties, the Court finds good cause to grant the motion.  Accordingly, pursuant to the stipulation, **IT IS HEREBY ORDERED**:

1. Defendant's Stipulated Motion for Remand, **ECF No. 17**, is **GRANTED**.

2. This case is **REVERSED** and **REMANDED** for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 1

3. On remand, the Appeals Council instruct the Administrative Law Judge to offer Plaintiff the opportunity for a new hearing; reevaluate the medical evidence concerning Plaintiff's functioning during any period(s) of abstinence from methamphetamine and/or sustained remission; conduct further proceedings to determine whether substance abuse disorder is a contributing factor material to a finding that Plaintiff is disabled; take any further action needed to complete the administrative record; and issue a new decision.

4. Upon proper presentation, this Court will consider Plaintiff's application for costs, expenses, and reasonable attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(a), (d).

5. Plaintiff's Opening Brief, **ECF No. 13**, and the hearing and remaining briefing schedule are **VACATED** as moot.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order and provide copies to counsel. Judgment shall be entered for Plaintiff and the file shall be **CLOSED**.

**DATED** May 11, 2026.

REBECCA L. PENNELL
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 2