AO 450 (Rev. 11/11)  Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

May 11, 2026
SEAN F. McAVOY, CLERK

ANDREW C.

_Plaintiff_

v.

FRANK BISIGNANO,
COMMISSIONER OF SOCIAL SECURITY

_Defendant_

)
)
)
)
)
)

Civil Action No.   2:25-cv-00491-RLP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that _(check one)_:

☐  the plaintiff _(name)_ _____ recover from the defendant _(name)_ _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant _(name)_ _____ recover costs from the plaintiff _(name)_ _____ .

☑  other:  Pursuant to the Court Order at ECF No 18, Defendant's Stipulated Motion for Remand, ECF No. 17, is GRANTED and this case is REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Plaintiff's Opening Brief, ECF No. 13, and the hearing and remaining briefing schedule are VACATED as moot.
Judgment is entered for Plaintiff.

This action was _(check one)_:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge   Rebecca L. Pennell.

Date:  5/11/2026

CLERK OF COURT

s/Sean F. McAvoy

_Signature of Clerk_